STATE OF NEW JERSEY v. DARRIN DIRECTOR.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD L. PORTER.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WAYNE STREATER.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. KAREN CLARK.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD L. ROBERTS.

May 24, 1988.

Petition for certification denied.